UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GARY LABARBERA, et. al.,

              Plaintiffs,                                        ORDER
                                                          CV-06-5695 (SJF)

    -vs-

R. SMITH RESTORATION, INC.

              Defendant.

--------------------------------------------------------X
FEUERSTEIN, J.

      It having been reported to the Court that the above-captioned case has been settled, it is

ORDERED that the case is discontinued with leave to re-open on ten (10) days notice by either

party to the Court should settlement not be consummated. The Clerk of Court is directed to close

the case.

                                      SO ORDERED,

                                      Sandra J. Feuerstein
                                      United States District Judge

Dated: Brooklyn, NY
       January 26, 2007